**FILED**
**March 26, 2010**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002514254

5

MARISOL A. NAGATA
CA NO. 221387
BARRETT DAFFIN FRAPPIER TREDER
& WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
TELEPHONE: (626) 371-7000
FACSIMILE: (972) 661-7726
EDCAECF@BDFTW.COM

Attorney for Movant
ONEWEST BANK, FSB ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:
SERGIO ZAMORA,
FABIOLA ZAMORA

Debtors.

CASE NO.:        09-47435-C-7

CHAPTER:        7

DC NO.:        EAT-1

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
[*(Local Rule 4001-1 and Local Rule 9014-1(f)(1)*]

DATE:        April 27, 2010
TIME:        9:30 am
PLACE:        U.S. Bankruptcy Court
Courtroom 35, Dept C,
Floor 6th,
501 I Street
Sacramento, CA

ONEWEST BANK, FSB ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

hereby moves the court for an Order Terminating Automatic Stay for cause pursuant to (i) *11 U.S.C.*

*Section 362(d )(1)* and (ii) *11 U.S.C. Section 362(d )(2)* on the grounds hereafter set forth:

bkcaea_NOH-MFR.rpt-11/Eastern/Sacramento/00000001610559

1.      On December 15, 2009, the Debtors SERGIO ZAMORA and FABIOLA ZAMORA commenced this voluntary Chapter 7 case in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division, Case No. 09-47435-C-7.  STEPHEN C. FERLMAN is the duly appointed, qualified and acting Chapter 7 Trustee.

2.      The court has subject matter jurisdiction over this Motion for Relief from the Automatic Stay under the provisions of *28 U.S.C. Section 157(b)* and *11 U.S.C. Section 362*. Venue in this court is proper under the provisions of *28 U.S.C. Sections 1408* and *1409*.

3.      The Debtors' estate includes real property commonly known as **419 TONI LANE, TRACY, CA 95376** and legally described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF TRACY, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT TWENTY-NINE (29) AS SHOWN UPON MAP ENTITLED, TRACT NO. 2602M SUBDIVISION OF SAN JOAQUIN COUNTY, CALIFORNIA MIRAGE, FILED FOR RECORD DECEMBER 22, 1995 IN BOOK OF MAPS AND PLATS, VOL 32, PAGE 71, SAN JOAQUIN COUNTY RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET BENEATH THE SURFACE OF SAID LAND WITHOUT THE RIGHT OF SURFACE ENTRY AS RESERVED IN DEED BY ERNEST J. POMBO, JR., DAMON POMBO AND MARY POMBO, CO-EXECUTORS OF THE ESTATE OF ERNEST J. POMBO, DECEASED RECORDED DECEMBER 29, 1995, RECORDER'S INSTRUMENT NO. 95119169, SAN JOAQUIN COUNTY RECORDS.

ALSO EXCEPTING THEREFROM ALL OVERLYING AND OTHER WATER RIGHTS, INCLUDING WITHOUT LIMITATION THE RIGHT TO APPROPRIATE WATER AND DISTRIBUTE IT TO OTHER PROPERTIES WITHOUT ANY RIGHT TO  THE USE OF OR RIGHTS IN OR TO ANY PORTION AND THE SURFACE OF SAID LAND THE OWNER OF THE RESERVED RIGHTS, HOWEVER, COVENANTS THAT IT WILL NOT EXERCISE THE RIGHTS RESERVED OVER THE SURFACE OF THE PROPERTY DESCRIBED ABOVE OR WITHIN THE SUBSURFACE OF SAID PROPERTY ABOVE A DEPTH OF 100 FEET BELOW THE SURFACE OF SAID PROPERTY, BEACH OF THE FOREGOING COVENANT SHALL NOT, HOWEVER, TERMINATE OR FORFEIT

THE RIGHTS SO RESERVED BY KAUFMAN AND BROAD OF NORTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED MAY 13, RECORDER'S INSTRUMENT NO. 98055139, SAN JOAQUIN COUNTY RECORDS.

APN: 213-350-29.

4.      On or about November 16, 2007, Debtors SERGIO ZAMORA and FABIOLA ZAMORA executed a Note in the original sum of $399,500.00 in favor of  MASON-MCDUFFIE MORTGAGE CORPORATION.  The Note is secured by a first priority Deed of Trust against said real property recorded on November 30, 2007 as Document No. 2007-203002 in the Office of the County Recorder of SAN JOAQUIN County, CA.  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MASON-MCDUFFIE MORTGAGE CORPORATION transferred its beneficial interest in said Deed of Trust to INDYMAC FEDERAL BANK, FSB by written Assignment recorded on March 16, 2009 as Document number 09-41750 in the office of the County recorder of San Joaquin, California.  INDYMAC FEDERAL BANK, FSB transferred its beneficial interest in said Deed of Trust to ONEWEST BANK, FSB by written Assignment recorded on June 26, 2009 as Document number 09-095851 in the office of the County recorder of San Joaquin, California.

5.      The original loan amount was payable with interest at the initial rate of 5.8750% per annum in monthly principal and interest installments of $2,363.19 each, commencing January 01, 2008 and continuing thereafter each calendar month through December 01, 2037 at which time the entire unpaid principal balance plus accrued interest shall be due and payable.  The interest rate and monthly payment are subject to periodic adjustments as specified in the Note.  The current monthly payment is $2,760.92.

6.    The loan is in default for the months of June 01, 2008 through and including March 01, 2010.  The Note and Deed of Trust also obligate the borrowers to pay reasonable attorney fees and costs incurred by the beneficiary to protect its interests.  Movant has incurred attorney fees and costs totaling $800.00 in this relief from stay proceeding.

7.    Movant has commenced foreclosure proceedings on January 29, 2009 and there is currently a foreclosure sale date scheduled for March 23, 2010.  If title reverts to Movant, the real property will have to be marketed and sold to recover the beneficiary's investment.  To do so, the real property would be listed for sale with a real estate broker with a commission payable upon close of escrow in a sum equal to 8% of the selling price.  The total estimated costs of sale are $28,000.00.

8.    The Debtors claim under penalty of perjury in Schedule A – Real Property and in Schedule D – Creditors Holding Secured Claims that the real property has a fair market value of $350,000.00.  True and correct copies of said Schedule A – Real Property and in Schedule D – Creditors Holding Secured Claims are attached to the Exhibit Document filed herewith and incorporated herein by this reference. After deducting the estimated costs of sale and the total encumbrances from the Debtors' value of the real property, there is no remaining equity for the Debtors.

9.    Furthermore, the real property has no substantial value for the Debtors' estate. According to Schedule A, the fair market value of the real property is $350,000.00. The real property is encumbered by Movant's Deed of Trust securing a debt of $453,740.93.  Since the total encumbrances against the property are estimated to be $453,740.93, there is no equity in this asset for the Chapter 7 Trustee to administer.

10.    Since the equity in the real property does not adequately protect Movant's interest in the real property, there is cause to terminate the automatic stay under *11 U.S.C. Section 362(d)( 2)* to allow Movant, its successors and/or assignees, to enforce its state law remedies to foreclose upon and to recover possession of the real property.

WHEREFORE, Movant prays for an Order as follows:

1.    For an Order Granting Motion for Relief from the Automatic Stay to allow Movant to enforce its state law foreclosure remedies against the real property described above and to allow the successful bidder to recover possession of said real property in accordance with applicable state laws.

2.    That the Order Granting Motion for Relief from the Automatic Stay be binding and effective notwithstanding any conversion of this case to a case under any Chapter of *Title 11* of the *United States Code* without further notice, hearing or court order.

3.    That the Order Granting Motion for Relief from the Automatic Stay be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a )(3)* of the *Federal Rules of Bankruptcy Procedure*.

4.    For such other relief as the Court deems proper.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Date: March 26, 2010                By:  /s/ MARISOL A NAGATA
                                          MARISOL A. NAGATA
                                          Attorney for Movant